IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FAST LAW OFFICE LC and
FAST ENTERPRISE COMPANY,

     Plaintiffs,

v.

                                        Civil Action No. 2:25-CV-00353

FARM FAMILY CASUALTY
INSURANCE COMPANY,

     Defendant.

## **AMENDED NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that the above-styled case is scheduled for Mediation on **Friday, September 26, 2025, beginning at 1:00 p.m.**  This Mediation shall take place at the law offices of Bowles Rice LLP, located at 600 Quarrier Street, Charleston, West Virginia.  Edd McDevitt will serve as Mediator.  All parties, their counsel, and representatives are invited to attend.

                                              **FAST LAW OFFICE LC**
                                              **FAST ENTERPRISE COMPANY,**

                                              By Counsel,

/s/ Joshua A. Lanham
Patrick C. Timony (WVSB #11717)
Joshua A. Lanham (WVSB #13218)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
Phone:  (304) 347-1100
ptimony@bowlesrice.com
jlanham@bowlesrice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FAST LAW OFFICE LC and
FAST ENTERPRISE COMPANY,

      Plaintiffs,

v.

                                      Civil Action No. 2:25-CV-00353

FARM FAMILY CASUALTY
INSURANCE COMPANY,

      Defendant.

## CERTIFICATE OF SERVICE

I, Joshua A. Lanham, do hereby certify that on this **22nd day of August, 2025**, I filed an

**Amended Notice of Mediation,** via the Court's CM/ECF system, which will send notification of

such filing to the following CM/ECF participants:

Charles R. Bailey, Esquire
Hannah B. Hebel, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East
Suite 600
Charleston, West Virginia  25337-3710

*/s/ Joshua A. Lanham*
Joshua A. Lanham (WVSB #13218)

2