**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**FAST LAW OFFICE LC and FAST
ENTERPRISE COMPANY,**

     **Plaintiffs,**

**v.**                                  **Civil Action No. 2:25-cv-00353
         Honorable Irene C. Berger**

**FARM FAMILY CASUALTY
INSURANCE COMPANY,**

     **Defendant.**

### DISMISSAL ORDER

     **COMES NOW** the Plaintiffs Fast Law Office LC and Fast Enterprise Company, by and through counsel, Patrick C. Timony, Joshua A. Lanham, and the law firm of Bowles Rice LLP, and the Defendant Farm Family Casualty Insurance Company, by and through counsel, Charles R. Bailey, Hannah B. Hebel, and the law firm of Bailey & Wyant, PLLC, and announce to the Court that all claims asserted in the above-captioned matter have been fully compromised and resolved. The parties further move this Court for an entry of an Order dismissing the above-captioned matter, with prejudice.

     Therefore, by entry of this Order, the above-captioned matter is hereby **DISMISSED, WITH PREJUDICE**, and stricken from the Court's docket. It is further ordered that all parties shall bear their own costs incurred during the litigation of the above-captioned matter.

     Upon entry of this Order, the Clerk of the Court shall provide a copy to all counsel of record.

     **ENTERED** this _____ day of _____ 202_

                                              _____
                                            Honorable Irene C. Berger

1

*Prepared by:*

  /s/ Hannah B. Hebel
Charles R. Bailey (WV Bar #0202)
Hannah B. Hebel (WV Bar #14632)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
cbailey@baileywyant.com
hhebel@baileywyant.com
*Counsel for Defendant*


*Approved by:*

  /s/  Joshua A. Lanham
Patrick C. Timony (WV Bar #11717)
Joshua A. Lanham (WV Bar #13218)
Bowles Rice, LLP
600 Quarrier St.
PO Box 1386
Charleston, WV   25301
ptimony@bowlesrice.com
jlanham@bowlesrice.com
*Counsel for Plaintiff*

2